RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk

6-16-15

Mi muy estimado sr, sra les escribo esta Carta para responder, al Caso numero 14-14-00868-CR pues mande un 1-60 para pedir que me dieran una (petition for discretionary review) y pues todavia no me llega par ir ala Law Library, pues aqui yo le escribo unas cuantas lineas para dejarle saber, pues mi caso fue Asi, yo tuve el Accidente el 30 de Nov. del 2013, y sali con Bond de 3,000 3 de Dic. 13 - pues y enero del 2014 me dijeron que tenia que yo agarrar un abogado de my cuenta. pues busque a muchos eran demasiados caros, pues y despues encontre este que era mas barato que los demas se llama Rodolfo Francisco Cantó tengo el contrato de el en my depart con mi hija, el me dijo que me iva a Cobrar 8,000 y pues lo Agarre, pues yo le estaba pagando en Abonos alcanze a darle 5,500 y cuando en oct-10-14 el no me dijo que era la ultima Corte, pues antes en Agosto iva yo a ir a Juicio pues, pero el Abogado Cantú me dijo que la Jueza avia dicho que si cancelara me ivan a dar menos Años porque my caso es- de 2, a 20 Años pues, entonces ellos me pusieron otra en ese mismo Agosto fui y me bajaron a 12 años y luego fui a otra y me bajaron a 8 Años pero el Abogado que yo traia me dijo no firmes yo te voy a dar probation asi me dijo el pues pal otro mes que iva ir a corte el 10 de octubre pues yo lo miraba raro, salia y entraba con la esposa del fallecido mas yo no sabia que esa persona era la esposa del fallecido mas yo le pregunte quien es ella con quien ud platica me dijo no te puedo decir, y pues y avia mucha gente familiar del fallecido. pues ese dia 10-10-14 me presente ala corte y pues me dijo

(Cuanto me hablen de la Law library les mande la petición) un poco mas de tiempo. Gracias.

(Contesteme porfavor) pa saber que es lo que va a pasar.

Please teame

el Abogado cantu me dijo esta es tu ultima corte yo me quede
sorprendida y me dijo te van a dar 15 Años, o quieres que la
Jueza te de 20 Años, y le dije Ud me prometio que me Iva
ayudar es por eso que le estoy pagando y me dijo pero ya no
te voy a Representar mas esta es la ultima corte firmas o
buscas alguien mas, mas yo le dije, no puedo buscar a Nadie
Ud es my Abogado, y ud me dijo que me Iva Ayudar yo lo
notaba raro, y pues me grito y yo llorando firme y dije
pues los Acepto los 15 Años pero a my no me explicaron nada
de que yo no queria una Apelacion en el futuro, eso es mentira
Se lo Juro por my padre yo nadamas firme y es todo, dijo el
ya es todo, antes el Abogado cantu dijo que la Jueza era
su Amiga que venian de california y que por eso me podria
dar probation, y que se conocian mucho, mas yo no se nada
yo le cuento lo que el me decia, tambien me dijo que el fallecido
Venia, tomado tambien, mas yo no se nada eso me dijo el Abogado
Cantu, disculpenme, hubo un error, a my no me explicaron Nada
porque me cancelaron la Apelacion, perdonenme, por el pecado
que comety, y si estoy muy Arrepentida, y Angustiada por todo
esto, aqui me a echo comprender mejor las cosas, disculpenme
Pero yo quisiera una Apelacion, por favor Ayudenme. es 1a vez y
no se mucho de esto. O cuando me sentenciaron el 10-10-14 la
Jueza me hablo el dia 22 de octubre 14 y me mandaron una Abogada
del estado se llama kelly smith ella me miro y me dijo espera aqui dejarme
hablar con la Jueza a ver si ella me puede dar el papel para que firmes
para la Apelacion pues se fue yo me quede esperando 1 hora despues ella
Regreso y dijo si se puede aqui esta el papel para tu Apelacion firmale pues
yo le firme y me dijo espera asta que te llamen, para que vengas y tu
Apelacion Gracias es Todo (Que Dios los Bendiga).